ORIGINAL

FILED

07/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0421

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0421

_____

RASTA K. WALID,

    Plaintiff and Appellant,

v.

STATE OF MONTANA ATTORNEY
GENERAL, and DEPARTMENT OF REVENUE,

    Defendants and Appellees.

                              O R D E R

_____

    Appellant Rasta Khalid Walid was granted an extension of time to file and serve his opening brief on or before May 7, 2024. Walid did not thereafter file the opening brief and on June 5, 2024, this Court ordered that Walid file the opening brief no later than July 3, 2024. Nothing further has been filed.

    IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

    The Clerk is directed to provide a copy of this Order to all parties of record.

    DATED this 16ᵗʰ day of July, 2024.

                                      _____
                                           Chief Justice

FILED

JUL 16 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

                                      _____

                                      _____

                                      _____

                                      _____
                                            Justices